JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANSUR MYKAL ALI,<br><br>        Plaintiff,<br><br>    vs.<br><br>TRAVELERS COMMERCIAL<br>INSURANCE COMPANY,<br><br>        Defendant. | Case No.: EDCV13-00569-VAP (SPx)<br><br>[PROPOSED] ORDER<br>DISMISSING ENTIRE ACTION<br>WITH PREJUDICE |

Having considered the Stipulation between Plaintiff Mansur Mykal Ali and Defendant Travelers Commercial Insurance Company, and for good cause shown,

**IT IS HEREBY ORDERED THAT:**

1. This entire action is dismissed with prejudice.
2. Each party is to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: March 26, 2014

_____
Hon. Virginia A. Phillips

1

[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE

1  Respectfully Submitted by:
   WESTON & McELVAIN LLP
2
3
4  /s/ Bevin A. Berube
   _____
   Randy M. McElvain
5  Bevin A. Berube
   Attorneys for Defendant
6  **TRAVELERS COMMERCIAL**
7  **INSURANCE COMPANY**

[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE